MEMORANDUM OPINION












 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 

 



                                                                                                                                                            

                                                                                                                       

 

 

 

MEMORANDUM OPINION

 

 

No. 04-08-00887-CR

 

In re Angelo
CASTRO

 

Original Mandamus
Proceedings[1]

 

Opinion by:     Rebecca Simmons, Justice

 

Sitting:            Catherine
Stone, Justice

                        Sandee
Bryan Marion, Justice

                        Rebecca
Simmons, Justice

 

Delivered and
Filed:  December 23, 2008

 

PETITION FOR
WRIT OF MANDAMUS DENIED

 

The
court has considered relator’s petition for a writ of mandamus and is of the
opinion the relator is not entitled to the relief sought.  Accordingly,
relator’s petition for a writ of mandamus is denied.  See
Tex. R. App. P. 52.8(a). 

 

Rebecca Simmons, Justice

 

Do not publish

 








 

 

 









[1] This proceeding arises out of Cause
No. 2002-CR-1723, styled The State of Texas v. Angelo Castro, pending in
the 175th District Court, Bexar County, Texas, the Honorable Mary Roman
presiding.